Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NOAH D. OWENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV 060757-HA<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $3,161.82 for attorney fees to Plaintiff in care of Plaintiff's attorney to be mailed to Plaintiff's attorney

It is so ORDERED

Dated this __13__ day of 2007

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES